BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
JADE A. BURNS (*pro hac vice*)
Email: jade.burns@cfpb.gov
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020
Facsimile: (202) 435-5477
Attorneys for Plaintiff

STEVEN B. SOLTMAN (SBN 108649)
Email: ssoltman@slfesq.com
PHILIP E. BLACK (SBN 112779)
Email: pblack@sflesq.com
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Blvd., Ste. 300
Thousand Oaks, CA 91360
Telephone: (805) 497-7706
Facsimile: (805) 497-1147
Attorneys for Defendant Dmitry Fomichev

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Dmitry Fomichev,<br><br>Defendant. | Case No. 2:16-cv-02724-PSG(Ex)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Philip S. Gutierrez |

Plaintiff and defendant Dmitry Fomichev (the Parties) stipulate to dismissal with prejudice of this case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), for the following reasons.

The Bureau brought this case on April 21, 2016 against Dmitry Fomichev for his alleged actions relating to D and D Marketing, Inc., d/b/a T3Leads (T3).[1] The Bureau alleges that (i) T3 engaged in unfair and abusive practices in connection with its receipt and conveyance of consumer information; and (ii) Dmitry Fomichev violated § 1036(a)(3) of the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. § 5536(a)(3), by substantially assisting T3's unlawful conduct. The Bureau sought to obtain injunctive and monetary relief against Fomichev.

Based upon information received from Fomichev's undersigned counsel and from public sources, the Bureau understands that (i) state court criminal complaints were filed against Fomichev on December 11, 2017 (Case No. LA087362) and February 6, 2018 (Case No. LA087773); and (ii) as of February 4, 2018, Fomichev has been in the custody of the Los Angeles County Sheriff's Department, without bail, at the direction of the United States Marshal's Service.

The Parties' respective understandings of Fomichev's state-court legal proceedings also are based in part on a joint Status Report filed in a federal criminal case against Fomichev in which a jury convicted Fomichev of four counts of making false statements or misrepresentations to the United States government in violation

---

[1] The Bureau brought a related case in this Court against T3, Marina Demirchyan, and Grigor Demirchyan on December 15, 2015 (*Consumer Financial Protection Bureau v. D and D Marketing, Inc., d/b/a T3Leads, et al.*, Case No. 2:15-cv-9692-PSG(Ex) (C.D. Cal.)). The cases are consolidated only for pretrial purposes, and the Bureau does not dismiss the other case.

of 18 U.S.C. § 1546(a) and 18 U.S.C. § 1001.[2] According to that Status Report,

> [a]fter trial of [the federal criminal] matter, during the pendency of the appeal, defendant DMITRY FOMICHEV ("FOMICHEV") was charged in two separate state court cases, LA087362 and LA087773, with various state offenses, including Assault with a Deadly Weapon, Vandalism, and Arson. The charges resulted from a psychotic break FOMICHEV suffered beginning in 2017, during which he exhibited paranoid delusions and auditory hallucination, including command hallucinations. FOMICHEV was under the care of a psychiatrist at the time of his state arrests. The Honorable Joseph Brandolino, Judge of the Los Angeles County Superior Court of the State of California, found FOMICHEV Not Guilty by Reason of Insanity, pursuant to California Penal Code Section 1026, in both cases. On November 5, 2018, Judge Brandolino ordered FOMICHEV committed to Patton State Hospital for six months for treatment and evaluation. As of a status conference held in state court on December 4, 2018, FOMICHEV had not yet been transported to the state hospital and was still housed at Men's Central Jail. Another status conference is scheduled before Judge Brandolino on January 7, 2019, regarding the status of FOMICHEV's transportation. Defense counsel cannot currently communicate with FOMICHEV and FOMICHEV is currently unable to participate in his defense.[3]

The federal criminal case, which was remanded from the Ninth Circuit to the district court on August 8, 2018, is stayed by district court order "until such time as defendant DMITRY FOMICHEV is deemed competent and released from state custody."[4]

According to Fomichev's undersigned counsel, Fomichev is currently housed at the Men's Central Jail in Los Angeles, California while he awaits transfer to a California mental health facility per Judge Brandolino's state-court order described above. Reportedly, Fomichev's transfer has not yet occurred and will not occur until

---

[2] *United States of America v. Dmitry Fomichev*, No. 2:13-cr-00185-SVW (C.D. Cal), on remand from *United States v. Fomichev*, 899 F.3d 766 (9th Cir. 2018).

[3] *Id.*, ECF No. 137 at 1-2.

[4] *Id.*, ECF No. 138 at 1.

3
STIPULATION OF DISMISSAL

the California Department of State Hospitals determines which facility to transfer Fomichev to, a bed becomes available in the assigned facility, and the appropriate administrative paperwork is properly transferred to that facility.

Because of Fomichev's current legal and mental status, as reported, and because Fomichev appears to have been uninvolved in T3's operations since approximately July 2014, the Bureau is amenable to dismissal with prejudice of this case. The Parties agree also to file in the Ninth Circuit, forthwith, a stipulation of dismissal of the pending interlocutory appeal, *CFPB v. Dmitry Fomichev*, No. 17-55710 (9th Cir.).

Fomichev waives any claim he may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action to the filing date of this stipulation.

Each Party agrees to bear its own costs and expenses, including, without limitation, attorneys' fees, relating to this case and the interlocutory appeal, *CFPB v. Dmitry Fomichev*, No. 17-55710 (9th Cir.).

Dated:  March 4, 2019

Respectfully submitted,

| Bureau of Consumer Financial Protection | Soltman, Levitt, Flaherty & Wattles LLP |
|---|---|
| /s/ Barry Reiferson<br>Barry Reiferson (pro hac vice)<br>Attorney for Plaintiff | /s/ Philip E. Black<br>Philip E. Black, SBN 112779<br>Attorney for Defendant,<br>Dmitry Fomichev |

Attestation:

All other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

/s/ Barry Reiferson
Barry Reiferson
Attorney for Plaintiff